## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**DANTE CURTIS,**

    **Plaintiff,**

vs.

                      **CASE NO.:   1:16-CV-03849-TWT**

**BUCKHEAD TOWING., and**
**BEVERLY ELLIOTT& CARNELL**
**ELLIOTT, Individually,**

    **Defendants.           /**

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, DANTE CURTIS, by and through his undersigned attorney, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), files his Notice of Voluntary Dismissal of the above-captioned action with Prejudice against all Defendants.

Dated this 15th day of March, 2017.

                              **/s/ ADIAN MILLER**
                              Adian R. Miller, Esquire
                              GABN:  794647
                              **MORGAN & MORGAN, P.A.**
                              191 Peachtree Street, N.E. Suite 4200
                              Atlanta, GA 30303
                              Telephone:  (404) 496-7332
                              Fax: (404) 496-7428
                              Email:  ARMiller@forthepeople.com
                              *Attorneys for Plaintiff*

## FONT CERTIFICATION

Pursuant to Local Rule 5.1(C) Plaintiff hereby certifies that the within and foregoing Complaint was prepared using Times New Roman, 14-point font.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 15, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ ADIAN MILLER
Adian R. Miller, Esq.